IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:20-CV-00035-DSC

| | |
|---|---|
| CHRISTOPHER BLANKENSHIP, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | **CONSENT ORDER** |

This action being submitted to the Court for entry of a Consent Order; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $5,400.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $5,400.00 in attorney's fees in full satisfaction of any and all claims arising under the EAJA, and upon the payment of such sum this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to his counsel's office address.

**SO ORDERED**.

Signed: April 29, 2021

David S. Cayer
United States Magistrate Judge